UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
A.M.,

                                Plaintiff,

      -against-

NEW YORK CITY DEPARTMENT OF
EDUCATION, et al.

                              Defendants.
------------------------------------------------------------- X

**ORDER REGULATING PROCEEDINGS**

20 Civ. 6502  (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The status conference, currently set for December 18, 2020, is hereby adjourned until February 26, 2021 at 10:00 a.m.

        SO ORDERED.

Dated:    December 21, 2020      _____/s/_____
           New York, New York        ALVIN K. HELLERSTEIN
                                            United States District Judge