# THE LAW OFFICE OF
# ELISA HYMAN, P.C.

February 24, 2021

**Via ECF**
Hon. Alvin K. Hellerstein, United States District Judge
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

The status conference, currently scheduled for February 26, 2021, is hereby adjourned until April 16, 2021 at 10 am.
So ordered,
/s/ Alvin K. Hellerstein
2/25/21

Re:   *A.M., et al. v. NYC Dep't of Educ., et al.*, No. 20-cv-6502 (AKH)

Dear Judge Hellerstein:

I represent the Plaintiffs in the above-referenced case and am writing to request a thirty-day adjournment of the status conference currently scheduled for February 26, 2021. Defendants' counsel Thais Ridgeway joins in this request.

Plaintiff A.M. is the parent of R.K., a young man with a learning disability. Plaintiffs' complaint against the New York City Department of Education ("DOE"), Chancellor Richard Carranza and the New York City Board of Education ("BOE") (collectively "Defendants" or "DOE") seeks attorneys' fees and costs as the prevailing party in underlying administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, et seq., and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Section 504").

We are requesting additional time for two reasons. First, Plaintiffs' counsel is still in the process of trying to locate Plaintiff A.M. who the undersigned believes has moved out of state in the intervening time since the underlying proceedings occurred in 2017. I have attempted to reach R.K., who is now an adult, but I believe he is currently overwhelmed with the responsibility of a new baby. Second, the parties are optimistic that this case can be resolved through settlement without intervention of Your Honor. Thus, the parties also request leave to file a joint status report, in lieu of a status conference, within 30 days advising the Court of the status of locating Plaintiff A.M. To the extent Plaintiff A.M. is located, the parties will also include in the status report any progress towards settlement and whether the parties would benefit from a settlement conference before Your Honor or a magistrate judge upon your designation.

Thank you for Your Honor's attention to this matter.

Respectfully Submitted,

*Erin O'Connor*

Erin O'Connor, Of Counsel
The Law Office of Elisa Hyman, P.C.
Counsel for the Plaintiffs

Cc: Thais Ridgeway, Esq., Counsel for Defendants