UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------ x
A.M., ET AL.,                                                :
                                                             :
                                                             :
                                                             :
                Plaintiff(s)                                 :     SCHEDULING ORDER
                                                             :
           -v-                                                :     20 Civ. 6502 (AKH)
                                                             :
NEW YORK CITY DEPARTMENT OF                                  :
EDUCATION, ET AL.,                                           :
                                                             :
                                                             :
                Defendant(s).                                :
------------------------------------------------------------ x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

      The parties are hereby ordered to appear for status conference on April 16, 2021 at 10:00 a.m., which will be held via the following call-in number:

      **Call-in number: 888-363-4749**

      **Access code: 7518680**

      To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones.  Additionally, all participants are directed to call in **5 minutes** prior to the start of the sentencing.

      Finally, no later than April 14, 2021, at 4:00 p.m., the parties shall jointly submit to the court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov) a list of all counsel expected to appear on the record, along with their contact information.

      SO ORDERED.

Dated:    April 13, 2021        _____//S//_____
            New York, New York      ALVIN K. HELLERSTEIN
                                        United States District Judge