UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

A.M.,

                Plaintiff,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION, et al.

                Defendants.

**ORDER REGULATING PROCEEDINGS**

20 Civ. 6502 (AKH)

---

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On July 23, 2021, I held a telephonic status conference in the above captioned matter. As discussed at the conference, Plaintiff shall provide Defendants with the time sheets and the total amount of fees and costs requested, limited to the services rendered in the underlying administrative proceeding, by July 30, 2021. Defendant shall complete its review of the time sheets and seek authorization from the comptroller before the next status conference, which shall be held on October 22, 2021 at 10:00 a.m.

        SO ORDERED.

Dated:    July 26, 2021                /s/ Alvin K. Hellerstein
            New York, New York        ALVIN K. HELLERSTEIN
                                           United States District Judge