> The conf. is adjourned until Parties Nov 5, 2021 at 10:00 a.m. Parties shall dial into the conference using the ATT dial in below.
> 888-363-4749
> Access Code 7518680
> /s/ A. Hellerstein   10-21-2021

| | | |
|---|---|---|
| **GEORGIA M. PESTANA**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Sharon Sprayregen**<br>Tel.: (212) 356-0873<br>ssprayre@law.nyc.gov |

October 20, 2021

**VIA ECF**
Hon. Alvin K. Hellerstein, United States District Judge
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

      Re:    *A.M., et al. v. NYC Dep't of Educ., et al.*, No. 20-cv-6502 (AKH)

Dear Judge Hellerstein:

      I am the Assistant Corporation Counsel assigned to the defense of Defendants in above-referenced action, wherein Plaintiffs seek to recover attorney's fees incurred in the course of administrative proceeding. I write jointly with Plaintiffs to respectfully request a two-week adjournment of the conference scheduled for October 22, 2021, until November 5, 2021. This is the parties first request to adjourn this status conference.

      Pursuant to Your Honor's Order (ECF No. 33), Defendants were to have sought authority from Office of the Comptroller prior to the October 22, 2021, status conference. While I will have made a request for authority by October 22, I am not certain that I will have obtained authority by October 22. The requested two week adjournment would allow Defendants time to obtain authority from the Office of the Comptroller, and to have made an offer to Plaintiffs. The parties are optimistic that they will be able to negotiate a settlement in principle by November 5, 2021.

      Thank you for your consideration of this request.

                        Respectfully,

                        /s/

                        Sharon Sprayregen
                        Assistant Corporation Counsel