THE LAW OFFICE OF

# ELISA HYMAN, P.C.

November 17, 2021

**Via ECF**
Hon. Alvin K. Hellerstein, United States District Judge
U.S. District Court - Southern District of New York
500 Pearl St.
New York, NY 10007

Re:  *A.M., et al. v. NYC Dep't of Educ., et al.*, No. 20-cv-6502 (AKH)

Dear Judge Hellerstein:

I represent the Plaintiffs in the above-referenced case but am writing jointly with Defendants to respectfully request an adjournment *sine die* of the conference scheduled for November 19, 2021.

As you will recall, this case is a straightforward IDEA case for attorneys' fees and costs.[1] The parties are pleased to report that we have agreed to a settlement amount for the fees in this case and thus the conference is not necessary. The parties, however, do need additional time to finalize the Stipulation of Settlement in this case, particularly as Ms. Sprayregen, Counsel for Defendants, is currently on leave. I have spoken with Carolyn Kruk from Corporation Counsel who joins in the request to adjourn the conference and will work with Plaintiffs' counsel in drafting the Stipulation in Ms. Sprayregen's absence.

The parties thank the Court for its assistance in resolving the matter. The parties propose submitting a Stipulation of Settlement and Discontinuance no later than December 1, 2021.

A suggestion of settlement having been made, this case is dismissed. If the settlement is not consummated within 30 days of this order, or an authorized enlarged date, either party may apply by letter for restoration of the action within 10 days after the close of said period. All pending court dates are cancelled. The Clerk is directed to close the case.

Alvin K. Hellerstein, U.S.D.J.
Date: 11 - 18 - 2021

Respectfully Submitted,

*Erin O'Connor*

Erin O'Connor, Of Counsel
The Law Office of Elisa Hyman, P.C.
Counsel for the Plaintiffs

---

[1] Plaintiff A.M. is the parent of R.K., a former student with a learning disability. Plaintiffs' complaint against the New York City Department of Education ("DOE"), Chancellor Meisha Porter, and the New York City Board of Education ("BOE") (collectively "Defendants" or "DOE") seeks, *inter alia*, attorneys' fees and costs as the prevailing party in underlying administrative proceedings pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. § 1400, *et seq.*, and Section 504 of the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("Section 504").

1115 BROADWAY, 12TH FL.                                    42 WEST 24TH STREET, 2ND FLOOR
NEW YORK, NY 10010                                         NEW YORK, NY 10010
                        WWW.SPECIALEDLAWYER.COM